LAW OFFICE OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA AVA AVE., SUITE "K"
COSTA MESA, CA 92627

Telephone: (949) 722-0055
Fax: (949) 722-8416

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>AMIT MEHTA,<br><br>　　　　　Defendant | No. CV A 10-7403<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Amit Mehta, in the principal amount of $224,421.19 plus interest accrued to August 23, 2010, in the sum of $20,386.35; with interest accruing thereafter at $28.45 per day until entry of judgment, for a total amount of **$244,807.54**.

DATED: 11/1/2010　　　　　By: TERRY NAFISI
　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　United States District Court